| | |
|---|---|
| 1 | Michael I. Wayne, Esq. (CSB # 169840) |
| | mwayne@gglt.com |
| 2 | GIBBS, GIDEN, LOCHER, TURNER & SENET LLP |
| | 1880 Century Park East, 12th Floor |
| 3 | Los Angeles, California 90067-1621 |
| | (310) 552-3400 |
| 4 | Fax (310) 552-0805 |
| 5 | Attorneys for |
| | CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC. |
| 6 | DBA KEARNY ELECTRICAL SUPPLY |

FILED
2008 JUN -6 PM 2:04
RECEIVED
SOUTHERN DISTRICT OF CALIFORNIA

JUN 0 5 2008
BY_____ DEPUTY

NITA L. STORMES
U.S. MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS M. NILAND COMPANY, | Case No. 3:08-CV-00912-WQH-NLS |
| Plaintiff, | Assigned to Judge William Q. Hayes |
| v. | Referred to Magistrate Judge Nita L. Stormes |
| CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC. dba KEARNY ELECTRICAL SUPPLY, | **STIPULATION FOR DISMISSAL OF ENTIRE ACTION AND [PROPOSED] ORDER THEREON** |
| Defendant. | Federal Rule of Civil Procedure 41 |

It is hereby stipulated by and between the parties to the above-entitled action, through their respective attorneys of record herein, pursuant to Federal Rule of Civil Procedure 41 that the above-entitled action shall be dismissed, with prejudice.



```
 1       It is further stipulated that this stipulation may be executed in counterparts and
 2  that a facsimile copy of any signature shall be binding and may be filed with the
 3  Court as an original signature.
 4       IT IS SO STIPULATED.
 5
 6  DATED: April 29, 2008
 7                                    By: _____
 8                                    Robert A. Skipworth
                                      Attorneys for THOMAS M. NILAND
 9
10  DATED: April 29, 2008             GIBBS, GIDEN, LOCHER, TURNER & SENET LLP
11
12                                    By: _____
13                                    Michael I. Wayne
                                      Attorneys for
14                                    CONSOLIDATED ELECTRICAL DISTRIBUTORS,
                                      INC. dba KEARNY ELECTRICAL SUPPLY
15
16
17       THE FOREGOING IS SO ORDERED.
18
19  DATED: _____          _____
20                                    UNITED STATES DISTRICT COURT JUDGE
```

(Left margin: GIBBS, GIDEN, LOCHER, TURNER & SENET LLP)