# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS M. NILAND COMPANY,<br><br>            Plaintiff,<br>vs.<br>CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC. dba KEARNY ELECTRICAL SUPPLY,<br><br>            Defendant. | CASE NO. 08CV912 WQH (NLS)<br><br>ORDER DISMISSING ACTION WITH PREJUDICE |

HAYES, Judge:

On May 21, 2008, this action was transferred to this Court from the United States District Court for the Western District of Texas. (Doc. # 14). On June 6, 2008, the parties filed a joint motion to dismiss this action with prejudice. (Doc. # 18).

Good cause appearing, the joint motion to dismiss this action (Doc. # 18) is GRANTED. This action is hereby dismissed in its entirety and with prejudice. The Clerk of the Court is ordered to close this case.

**IT IS SO ORDERED**.

DATED: June 10, 2008

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge