1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 THOMAS M. NILAND COMPANY, | CASE NO. 08CV912 WQH (NLS) |
| 12 Plaintiff, | ORDER DISMISSING ACTION WITH PREJUDICE |
| 13 vs. | |
| CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC. dba KEARNY 14 ELECTRICAL SUPPLY, | |
| 15 Defendant. | |

16 HAYES, Judge:

17      On May 21, 2008, this action was transferred to this Court from the United States District

18 Court for the Western District of Texas.  (Doc. # 14).  On June 6, 2008, the parties filed a joint motion

19 to dismiss this action with prejudice.  (Doc. # 18).

20      Good cause appearing, the joint motion to dismiss this action (Doc. # 18) is GRANTED.  This

21 action is hereby dismissed in its entirety and with prejudice.  The Clerk of the Court is ordered to close

22 this case.

23      **IT IS SO ORDERED**.

24 DATED:  June 10, 2008

25
26      **WILLIAM Q. HAYES**
      United States District Judge

27
28